UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCELINO SOLIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE TACO MAKER, INC., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3293-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of third party defendants Shane Stogner and Busch, Slipakoff, & Schuh, LLP's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the third party plaintiff The Taco Maker, Inc. take nothing; that third party defendants Shane Stogner and Busch, Slipakoff, & Schuh, LLP recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:　s/Cynthia Mercado
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 27, 2013
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
　　　　Deputy Clerk