# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE TACO MAKER, INC.<br><br>　　Third-Party Plaintiff,<br><br>　v.<br><br>BUSCH, SLIPAKOFF, & SCHUH,<br>LLP AND SHANE STOGNER, ESQ.<br><br>　　Third-Party Defendants. | CIVIL ACTION FILE NO.<br>1:09-CV-3293-RWS |

## THE TACO MAKER, INC.'S NOTICE OF APPEAL

NOTICE is hereby given that The Taco Maker, Inc. ("**Taco Maker**"), Third-Party Plaintiff, files, by and through counsel of record, its Notice of Appeal. In accordance with the Federal Rules of Appellate Procedure, Taco Maker appeals, as of right, the Order of the Court granting Third-Party Defendants' Motion for Summary Judgment [Dkt. No. 216] and following Judgment entered in favor of Third-Party Defendants [Dkt. No. 217], jointly entered on August 27, 2013, to the United States Court of Appeals for the Eleventh Circuit.

1

Respectfully submitted this 18th day of September, 2013.

/s/ Michael Stegawski
Michael Stegawski, Esq.
Georgia Bar No. 310108

Convergent Advisory Services, P.A.
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (800) 750-9861
Facsimile: (866) 927-1674
Email: michael@globalsecuritieslaw.com

*Attorney for The Taco Maker, Inc.*

## **CERTIFICATE PURSUANT TO LR 7.1(D), NDGA**

The undersigned counsel hereby certifies that the foregoing document has been prepared with a font and point selection approved in L.R. 5.1, namely, Times New Roman font size 14, and certifies the same pursuant to LR 7.1(D), NDGa.

/s/ Michael Stegawski
Michael Stegawski, Esq.
Georgia Bar No. 310108

Convergent Advisory Services, P.A.
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (800) 750-9861
Facsimile: (866) 927-1674
Email: michael@globalsecuritieslaw.com

*Attorney for The Taco Maker, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing document using the CM/ECF system, which automatically sent email notification of such filing to the attorneys of record.

This 18th day of September, 2013.

                                                      /s/ Michael Stegawski
                                                    Michael Stegawski, Esq.
                                                    Georgia Bar No. 310108

Convergent Advisory Services, P.A.
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (800) 750-9861
Facsimile: (866) 927-1674
Email: michael@globalsecuritieslaw.com

*Attorney for The Taco Maker, Inc.*