# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 13-14326-CC

MARCELINO SOLIS,

                              Plaintiff - Counter Defendant,

versus

THE TACO MAKER, INC.,

                              Defendant - Third Party Plaintiff -
                              Counter Claimant - Appellant,

BUSCH, SLIPAKOFF, & SCHUH, LLP,
SHANE STOGNER,

                              Third Party Defendants - Appellees.

------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
------------------------

BEFORE:    MARCUS and WILSON, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs, is GRANTED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-14236-CC
Case Style: Marcelino Solis v. The Taco Maker, Inc.
District Court Docket No: 1:09-cv-03293-RWS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso, CC/rvg
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter